UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 24-CR-362 (JMC) |
| | : | |
| **JAMIE CHARLESWORTH** | : | |
| | : | |
| **Defendant.** | : | |

### UNITED STATES' UNOPPOSED MOTION TO CONTINUE AND CONVERT STATUS CONFERENCE TO A CHANGE OF PLEA HEARING

The United States of America hereby moves this Court for a continuance of the status conference, to convert the status conference to a change of plea hearing, and to exclude the time from current status date to the continued date within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv). In support of its motion, the government states as follows:

Since the last court date, case specific discovery was produced and a plea offer was extended. It is the government's understanding that this case will resolve short of trial pursuant to a plea agreement. The parties need additional time to review and finalize the plea paperwork. The parties are available on January 2-3; January 6-7; and January 13-15. If permissible, the defendant requests a virtual hearing. The government does not oppose this request.

WHEREFORE, the government respectfully requests that this Court grant the motion for a continuance of the above-captioned proceeding and that the Court exclude the time from the current status hearing date of December 6, 2024 to the continued date within which a trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of

justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

                    Respectfully submitted,

                    MATTHEW M. GRAVES
                    United States Attorney
                    D.C. Bar No. 481052

By: _/s/ Nialah S. Ferrer_
                    NIALAH S. FERRER
                    Assistant United States Attorney
                    New York Bar No. 5748462
                    United States Attorney's Office
                    District of Columbia
                    (202) 557-1490
                    nialah.ferrer@usdoj.gov